UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.: 14-28923-BKC-PGH
Chapter 11 Proceeding

**CRAWFORD, KIM,**

    Debtors.

_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **Kim Crawford**, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **August 22, 2014**

2. Names, case numbers and dates of filing of related debtors:
   **None**

3. Description of debtor's business:

   **The Debtor is an individual residing in Palm Beach County, Florida. The Debtor owns numerous parcels of real property located on Singer Island.**

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **1090 Coral Way**
   **West Palm Beach, FL 33404**

5. Reasons for filing chapter 11:

   **The Debtor owns numerous parcels of real property. The real property has been utilized as commercial rental, but the Debtor has not had any permanent tenants. This caused the Debtor to use personal income to try and satisfy the debt for the rental property. This resulted in the Debtor becoming delinquent in her mortgage payments on both her homestead and rental properties. However, recently, the Debtor negotiated a multi-year lease which would**

**provide the Debtor will enough rental income to support the debt service for the rental property.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

> **N/A**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

> **6 months preceding filing - $27,500.00**
> **2013 - $65,500.00**

8. Amounts owed to various creditors as of August 22, 2014:

> a. Obligations owed to priority creditors including priority tax obligations:
> **Zero**

> b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:
> **Select Portfolio Servicing - $1,083,103.00 – 1090 Coral Way, Riviera Beach, FL 33404 - $725,000.00;**
>
> **Green Tree - $340,843.00 - 1090 Coral Way, Riviera Beach, FL 33404 - $725,000.00;**
>
> **Bank of America - $587,554.00 – 2637 West Way A, Riviera Beach, FL 33404 - $306,419.00;**
>
> **Bank of America - $450,152.00 – 2637 West Way A, Riviera Beach, FL 33404 - $306,419.00;**

And;
a. Amount of unsecured claims:
**$543.00 plus the deficiencies of the secured debt disclosed above.**

9. General description and approximate value of the debtor's assets:

| **GENERAL DESCRIPTION** | **APPROXIMATE VALUE** |
|---|---|
| **1090 Coral Way, Riviera Beach, FL 33404** | **$725,000.00** |
| **2637 West Way A, Riviera Beach, FL 33404** | **$306,419.00** |
| **Cash on Hand** | **$2,300.00** |
| **Household Goods & Furnishings** | **$3,000.00** |
| **Clothing** | **$250.00** |
| **Jewelry** | **$1,000.00** |
| **Sporting Equipment** | **$1,500.00** |
| **Baseball Cards from early 1990s** | **Unknown** |
| **Accounts Receivable from Artistic Upholstery Works** | **$20,000.00** |
| **2013 tax refund** | **Unknown** |
| **Interest in deceased mother's estate** | **Approximately $13,000.00** |
| **Home Health Care Agency license** | **N/A** |
| **2002 Acura RSX** | **$2,500.00** |
| **Office Equipment** | **$1,500.00** |
| **Sewing machings** | **$3,000.00** |
| **Left over fabric** | **$1,000.00** |
| **Pool Equipment** | **$175.00** |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

> a. **General Liability:**
> **American Security Insurance Company – 1090 Coral Way, Riviera Beach, FL 33404 – Kim C. Crawford – 007550000 0014556195 - $380,000.00 general liability – Current – annual premium.**
>
> **Citizens Property Insurance Corporation – 2637 West Way, Riviera Beach, FL 33404 – Kim C. Crawford – FRJP5889576-04-0000 - $280,000.00 property, $28,010.00 fair rental value and additional living expenses, $100,000.00 personal liability, and $5,602.00 other structures – Current – Annual premium.**
>
> b. **Workman's Comp:**
> N/A

11. Number of employees and amounts of wages owed as of petition date:

> **None**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

   a. **General Liability:**

   b. **Workman's Comp:**
   N/A

11. Number of employees and amounts of wages owed as of petition date:

   **None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

   **None**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

*/s/ Kim C Crawford*
KIM CRAWFORD

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2014, a true and correct copy of the Case Management Summary was served upon those parties receiving notices of electronic filing as well as by regular, U.S. mail, postage prepaid, upon those parties on the Court's Service List.

Respectfully Submitted,
BRETT A. ELAM, P.A.
Proposed Counsel for the Debtor
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401
Tel:    (561) 833-1113
Fax:    (561) 833-1115

By:    /s/ Brett A. Elam
    Brett A. Elam
    Florida Bar No. 576808