

**ORDERED in the Southern District of Florida on August 31, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                 Case No.: 14-28923-BKC-PGH
                                                                                Chapter 11 Proceeding
KIM C. CRAWFORD,

    Debtor,
_____/

**ORDER TO SHOW CAUSE
WHY ATTORNEY BRETT ELAM SHOULD NOT BE SUSPENDED FROM
PRACTICING BEFORE THE BANKRUPTCY COURT FOR MAKING FALSE
STATEMENTS REGARDING FINANCIAL INFORMATION RELATING TO THE
<u>DEBTOR IN POSSESSION FUNDS AND ANY RELATED SANCTIONS</u>
(Evidentiary Hearing)**

    **THIS CAUSE** came on for consideration on August 22, 2017 at 9:30 a.m. upon *BONY'S Motion for Sanctions* [ECF 332](the "Sanctions Motion") . The Court having reviewed the Motion and its exhibits as well as ECF 294, 299, 307, 313, 318, 322, 328, and 344, and the entirety of the Court file, having heard argument from counsel and BONY'S proffer that was unchallenged by Brett Elam ("Elam"), and being otherwise duly advised, it is

    ORDERED:

Case No.: 14-28923-BKC-PGH

1. Elam shall personally appear before this Court on September 14, 2017 at 9:30 a.m. for an evidentiary hearing at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, FL 33401, to show cause why he should not be suspended from practicing before the Bankruptcy Court, among other sanctions, for (a) making false statements regarding financial information relating to the Debtor in Possession funds addressed in the Sanctions Motion (the "DIP Funds") and (b) making improper disbursements of the DIP Funds from his law firm's trust account (the "Show Cause Hearing").

2. At the Show Cause Hearing, Elam is directed to produce any and all trust account statements and related records reflecting the receipt and disbursement of the DIP Funds from March, 2017 to the present, including the recipient of the disbursements (unrelated matters may be redacted).

3. At the Show Cause Hearing, the Court will determine the amount of reasonable attorney's fees and costs to be awarded to BONY and paid by Elam with respect to BONY's efforts relating to its discovery, investigation and efforts relating the DIP Funds.

Submitted by:

Gary Freedman, Esq.
Broad and Cassel, LLP
One South Biscayne Tower
21st Floor
Miami, FL  33131

Copies to:
Gary M. Freedman, Esq. who is directed to furnish a copy of this Order to all interested parties and file a certificate of service with the Court