# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Case No.: 14-28923-BKC-PG
IN RE:                                                  Chapter 11 Proceeding

**CRAWFORD, KIM,**

    Debtors.

_____/

## BRETT A. ELAM, ESQ.'S EX-PARTE MOTION FOR EXTENSION OF TIME TO PRODUCE TRUST ACCOUNT RECORDS

The Movant, **Brett A. Elam, Esq.**, ("Movant") hereby files this Ex-Parte Motion for Extension of Time in Which to Produce Trust Account Records, and states:

1. On September 19, 2017, the Court conducted a hearing on an Order to Show Cause **(DE#347)**. At the hearing on the Order to Show Cause, as well as pursuant to the terms of the Order to Show Cause itself, the Movant was required to produce certain trust account records by 5:00 pm, September 20, 2017.

2. Unfortunately, the night prior to the September 19, 2017, hearing on the Order to Show Cause, it was discovered that David Merrill's ("Merrill") son had suddenly and unexpectedly passed away. Due to his sudden and unexpected passing, the Movant has not only been required to handle all of his own matters, but has been handing the matters of Merrill as well.

3. As a result, the Movant has not been able to properly and accurately gather all of the required documentation reflecting the information as required to be produced. In order to be able to properly and accurately respond to the Court's, as well as the Order to Show Cause, requirements the Movant is respectfully requesting a short forty-eight (48) hour extension.

4.       As such, the Movant, Brett A. Elam, Esq., respectfully requests the Court enter the attached order granting him a forty-eight (48) hour extension in which to produce all of the required documentation.

**WHEREFORE** the Movant, **Brett A. Elam, Esq.**, respectfully request that the Court enter an Order granting a forty-eight (48) hour extension in which to produce all of the required documentation, plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this 20th day of September, 2017 to all creditors on the attached list and by CM/ECF to:

Adam A Diaz on behalf of Creditor BANK OF NEW YORK MELLON
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Brett A Elam, Esq. on behalf of Debtor Kim C Crawford
belam@brettelamlaw.com info@brettelamlaw.com;deanna@brettelamlaw.com;lynn@farberelamlaw.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com

Vivian J Elliott on behalf of Creditor Nationstar Mortgage LLC
velliott@logs.com, electronicbankruptcynotices@logs.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Michelle Garcia Gilbert on behalf of Creditor Bank of America, NA
mgilbert@gilbertgrouplaw.com, bankruptcy@gilbertgrouplaw.com

Kevin L Hing on behalf of Creditor Nationstar Mortgage LLC
khing@logs.com, electronicbankruptcynotices@logs.com

Amy M Kiser on behalf of Creditor Bank of America, NA
bankruptcy@gilbertgrouplaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Nationstar Mortgage LLC
Ashley.popowitz@mrpllc.com, flbkecf@mrpllc.com

Anila Rasul on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

**and by regular U.S. Mail on the 20th day of September 2017 to:**

Carlos Cerezo
166 San Remo Dr
Jupiter, FL 33458

Brian K McMahon
1401 Forum Way
6th Floor
West Palm Beach, FL 33401


                                      BRETT A. ELAM, P.A.
                                      105 S. Narcissus Avenue
                                      Suite 802
                                      West Palm Beach, FL 33401
                                      (561) 833-1113 (telephone)
                                      (561) 833-1115 (facsimile)

                                By: /s/ Brett A. Elam         .
                                        BRETT A. ELAM
                                        Florida Bar No. 576808