UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

                                                                            **Case No.: 14-28923-BKC-PGH**
**IN RE:**                                                      **Chapter 11 Proceeding**

**CRAWFORD, KIM C.**

    **Debtors.**
_____/

## NOTICE OF FILING

    The undersigned, **Brett A. Elam, Esq.,** does hereby file this his Notice of Filing Trust Account Records Pursuant to the Order to Show Cause **(DE#347)1**.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF on this 22nd day of September 2017 to:

Adam A Diaz on behalf of Creditor BANK OF NEW YORK MELLON
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Brett A Elam, Esq. on behalf of Debtor Kim C Crawford
belam@brettelamlaw.com info@brettelamlaw.com;deanna@brettelamlaw.com;lynn@farberelam

---

1 The Order to Show Cause required Brett A. Elam, Esq., to file all documentation reflecting the receipt and disbursements of the funds received from the Debtor, Kim Crawford. Currently, the full account statements are being sent to Brett A. Elam from his bank, but they have not been received as of the deadline to file this document. Coupled with the issues as outlined in the Ex-Parte Motion for Extension, the undersigned has been unable to obtain the full records to satisfy the Court's requirement. The attached documents run from March 1, 2017 through May 15, 2017. However, the attached documents are all of the documentation currently in the possession of Brett A. Elam. The documents are being filed to show the Court the undersigned is not attempting to circumvent its Order, but is just not in possession of the full responsive documents. However, upon receipt of the full account statements from his bank, the undersigned will file them with the Court. The documents should be received by the latest Monday or Tuesday or next week, being September 25 or September 26.

law.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com

Vivian J Elliott on behalf of Creditor Nationstar Mortgage LLC
velliott@logs.com, electronicbankruptcynotices@logs.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov


Michelle Garcia Gilbert on behalf of Creditor Bank of America, NA
mgilbert@gilbertgrouplaw.com, bankruptcy@gilbertgrouplaw.com

Kevin L Hing on behalf of Creditor Nationstar Mortgage LLC
khing@logs.com, electronicbankruptcynotices@logs.com

Amy M Kiser on behalf of Creditor Bank of America, NA
bankruptcy@gilbertgrouplaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Nationstar Mortgage LLC
Ashley.popowitz@mrpllc.com, flbkecf@mrpllc.com

Anila Rasul on behalf of Creditor The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56
arasul@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

**and by regular U.S. Mail on the 22nd day of September 2017 to:**

Carlos Cerezo
166 San Remo Dr
Jupiter, FL 33458

Brian K McMahon
1401 Forum Way
6th Floor
West Palm Beach, FL 33401

                        **BRETT A ELAM, ESQ.**
                        Attorney for Debtor
                        105 S. Narcissus Avenue
                        Suite 802
                        West Palm Beach, FL 33401
                        (561) 833-1113 (telephone)
                        (561) 833-1115 (facsimile)

BY: /s/ Brett A. Elam            .
        BRETT A. ELAM
        Florida Bar No. 576808